GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso, Esq. (JM 2058)
650 Fifth Avenue
New York, New York 10019
(212) 688-5151

Attorneys for Plaintiff
CHANEL, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHANEL, INC., ) | CIVIL CASE NO.: 22 CV 3790 (JPO) |
| Plaintiff, ) | |
| vs. ) | |
| VARIOUS JOHN DOES, JANE DOES; ) and XYZ COMPANIES, ) | |
| Defendants. ) | |

## PRELIMINARY INJUNCTION ORDER

This action having been commenced by Plaintiff Chanel, Inc. (hereinafter referred to as "Chanel" or "Plaintiff") on May 10, 2022, against defendants alleging trademark counterfeiting and infringement of Plaintiff's federally registered trademarks, and charging defendants with, *inter alia*, trademark counterfeiting, infringement and unfair competition; and a copy of the Summons, Complaint, Declaration of Richard Conte, Declaration of Javier Diaz, Declaration of John Macaluso and the Temporary Restraining Order, Seizure Order, Substitute Custodian Order and Order to Show Cause signed and entered by the Court on May 10, 2022 , having been served on **May 13, 2022** upon the following John Doe defendants, whose identities remain unknown, located at the following addresses: 201 Canal Street New York, NY 10013; 205 Canal Street (East) New

York, NY 10013; 205 Canal Street (West) New York, NY 10013; 224D Canal Street New York, NY 10013; 178B Hester New York, NY 10013; 105 Mulberry Street New York, NY 10013; 106-B Mulberry Street New York, NY 10013; 110A Mulberry Street (South) New York, NY 10013; 110B Mulberry Street (North) New York, NY 10013; and 117 Mulberry Street New York, NY 10013;  (all of the above hereinafter collectively referred to as "Defendants"), and

It appearing to the Court that it has jurisdiction over the subject matter of this action, over the Plaintiff and over the Defendants; and

A hearing on the Order to Show Cause occurred on May 20, 2022, at which the Defendants did not appear; and

After the Court's due consideration of the Complaint and the exhibits thereto, the Order to Show Cause and accompanying papers and there being no opposition from Defendants, in fact complete non-participation by the Defendants up to the present time, the Court makes the following findings of fact and conclusions of law:

1.  Chanel owns and controls the following U.S. Registered Trademarks:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,626,035 | May 1, 1956 | IC 018 – Women's Handbags |
| CHANEL | 0,955,074 | March 13, 1973 | IC 14 – Watches |
| ℭℭ | 1,314,511 | January 15, 1985 | IC 018 – Leather Goods-Namely, Handbags |

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 1,347,677 | July 9, 1985 | IC 018 - Leather Goods-Namely, Handbags |
| *(CC logo)* | 1,501,898 | August 30, 1988 | IC 06 – Keychains |
| CHANEL | 1,510,757 | November 1, 1988 | IC 09 – Sun-glasses |
| CHANEL | 1,571,787 | December 19, 1989 | IC 14 – Watches and clocks |
| CHANEL | 1,647,875 | June 18, 1991 | IC 06 - Keychains |
| *(CC logo)* | 1,654,252 | August 20, 1991 | IC 09 – Sunglasses |
| CHANEL | 1,733,051 | November 17, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Change Purses, Tote Bags, Cosmetic Bags Sold Empty, and Garment Bags for Travel |
| *(CC logo)* | 1,734,822 | November 24, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business Card Cases, Change Purses, Tote Bags, and Cosmetic Bags Sold Empty |

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| ℂ | 3,025,934 | December 13, 2005 | IC 18 – Handbags |
| ℂℂ | 3,025,936 | December 13, 2005 | IC 09 – Mobile phone straps, Eyeglass frames, sunglasses |
| CHANEL | 3,133,139 | August 22, 2006 | IC 14 – Jewelry and watches |
| CHANEL | 3,890,159 | December 14, 2010 | IC 09 – Cases for telephones<br><br>IC 18 – Key cases |
| ℂℂ | 4,074,269 | December 20, 2011 | IC 09 – Protective covers for portable electronic devices, handheld digital devices, personal computers and cell phones<br><br>IC 018 – Key cases |
| CHANEL | 4,237,249 | November 6, 2012 | IC 09 – Protective covers and cases for portable media players, portable electronic devices, handheld digital devices, personal computers and cell phones |
| CHANEL | 4,505,430 | April 1, 2014 | IC 09 – Cellular phone accessory charms |
| ℂℂ | 4,505,440 | April 1, 2014 | IC 09 – Cellular phone accessory charms |

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| COCO CHANEL | 4,772,518 | July 14, 2015 | IC 06 – Metal key chains<br><br>IC 14 – Jewelry<br><br>IC 18 – Handbags |
| (logo) | 1,241,264 | June 7, 1983 | (Int'l Class: 25) suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, tee-shirts, coats, raincoats, scarves, shoes and boots |
| (logo) | 1,271,876 | March 27, 1984 | (Int'l Class: 25) clothing-namely, coats, dresses, blouses, raincoats, suits, skirts, cardigans, sweaters, pants, jackets, blazers, and shoes |
| CHANEL | 1,241,265 | June 7, 1983 | (Int'l Class: 25) suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, coats, raincoats, scarves, shoes and boots |
| (logo) | 4,241,822 | November 13, 2012 | (Int'l Class: 25) clothing, namely, coats, jackets, dresses, tops, blouses, sweaters, cardigans, skirts, vests, pants, jeans, belts, swim wear, pareos, beach cover-ups, hats, sun visors, scarves, shawls, ties, gloves, |

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| | | | footwear, hosiery and socks |
| BLEU DE CHANEL | 3,874,204 | November 9, 2010 | IC 03 - Perfumery |
| N°5 | 1,171,888 | October 6, 1981 | IC 03 - Perfume, Spray Perfume, Toilet Water, [ Cologne, Spray Cologne, Bath Powder, Bath Oil, ] [ After Bath Spray, Milk Bath, ] Body Lotion, Perfumed Body Cream, Toilet Soap |
| COCO | 1,612,557 | September 11, 1980 | IC 03 - PARFUM, EAU DE TOILETTE, BATH GEL, POWDER, BODY LOTION AND BATH SOAP. |
| COCO | 848,755 | May 7, 1968 | IC 03 – Perfume [and Cologne] |
| CHANEL | 195,360 | February 24, 1925 | IC 03 - FACE POWDER, PERFUME, EAU DE COLOGNE, TOILET WATER, LIP STICK, AND ROUGE. |
| CHANEL | 510,992 | June 14, 1949 | IC 03 - PERFUME, [TOILET WATER,] * EAU DE TOILETTE, * EAU DE COLOGNE, FACE POWDER, BATH POWDER, [TALCUM POWDER,] |

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| | | | LIPSTICKS [, AND LIP OIL,]. |
| CHANEL | 1.348,842 | July 16, 1985 | IC 03 - FULL LINE OF PERFUMERY, COSMETICS AND TOILETRIES. |
|  | 1,368,563 | November 5, 1985 | IC 03 - Perfume |
| ALLURE HOMME | 2,370,933 | July 25, 2000 | IC 03 - Fragrances and toiletries, namely eau de toilette, after shave, skin moisturizer, personal deodorant, [toilette soap] and shower gel for cleaning hair and body. |
|  | 0,195,359 | February  24, 1925 | IC 03 – Face powder, perfume, eau de cologne, toilet water, lipstick, and rouge. |
| CHANCE | 2,003,332 | September 24, 1996 | IC 03 - Perfume, eau de parfum, eau de toilette, [foam bath gel,] body lotion, body cream, shower gel, [body powder, toilette soap and body deodorant] |

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL N°5 | 701,978 | July 26, 1960 | IC 03, 05 - Perfume [Cologne,] [ Talcum Powder, ][ and Bath Powder ] |
| COCO MADEMOISELLE | 2,557,185 | April 2, 2002 | IC 03 – Perfumery and cosmetics products, namely eau de parfum and skin moisturizers. |
|  | 5,848,275 | September 3, 2019 | IC 03 - Fragrances |
|  | 1,687,481 | September 3, 2019 | IC 03 - Fragrances |
|  | 2,382,784 | September 5, 2020 | IC – Perfume, eau de parfum |
| ÉGOÏSTE | 1,782,330 | July 20, 1993 | IC – eau de toilette, [cologne] |
| GABRIELLE CHANEL | 5,009,591 | July 26, 2016 | IC - Perfumery |

2. Defendants are not licensed or otherwise authorized by Plaintiff to use the Chanel Registered Trademarks.

3. It appears that the merchandise seized from the Defendants are those bearing "counterfeit marks," as defined in 15 U.S.C. § 1116(d), of the Chanel Registered

Trademarks (the "Counterfeit Goods").

4.  Defendants manufacture, distribution, offer for sale and sale of the Counterfeit Goods
    would also cause confusion, mistake or be likely to deceive purchasing consumers or
    cause post-consumer confusion, and would constitute trademark infringement and
    false designations of origin according to 15 U.S.C. § 1114(1) and 15 U.S.C. §
    1125(a), respectively.

5.  This Court has the power to grant ex parte seizures pursuant to 15 U.S.C. § 1116(d)
    and has the power to enjoin any violations of 15 U.S.C. § 1114(1) and 15 U.S.C.
    §1125(a).

6.  Plaintiff has shown that it is likely to succeed in its claim against the Defendants for
    infringing the Chanel Registered Trademarks and, unless enjoined, the Defendants are
    likely to continue to use counterfeit and/or infringing marks in connection with the
    manufacture, distribution, offer for sale and sale of the Counterfeit Goods.


NOW THEREFORE, it is hereby ORDERED as follows that:

1.  Defendants and their respective officers, agents, servants, employees and attorneys, and
    all persons in active concert and participation with them are hereby restrained and
    enjoined, pending termination of this action:

    a)  From using the Chanel Registered Trademarks in any unauthorized manner.

    b)  From possessing, receiving, manufacturing, distributing, advertising, promoting,
        returning, offering for sale or otherwise disposing of in any manner, holding for
        sale or selling any goods, labels, tags, logos, decals, emblems, signs, and other
        forms of markings, any packaging, wrappers, pouches, containers and receptacles,

and any catalogs, price lists, promotional materials and the like bearing a copy or colorable imitation of the Chanel Registered Trademarks;

c)  From using any logo, trade name or trademark which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendants are sponsored by, authorized by, or in any way associated with the Plaintiff;

d)  From infringing the Chanel Registered Trademarks;

e)  From otherwise unfairly competing with Plaintiff;

f)  From falsely representing themselves as being connected with Plaintiff or sponsored by or associated with Plaintiff;

g)  From using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Registered Trademarks in connection with the publicity, promotion, sale, or advertising of goods sold by Defendants including, without limitation, clothing, shoes, handbags and other accessories bearing a copy or colorable imitation of the Chanel Registered Trademarks;

h)  From affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff and from offering such goods in commerce;

i)  From using any trademark or  trade name in connection with the sale of any goods which may be calculated to falsely represent such goods as being connected with, approved by or sponsored by Plaintiff; and

10

j)   From destroying, altering, disposing of, concealing, tampering with or in any manner secreting any and all business records, invoices, correspondence, books of account, receipts or other documentation relating or referring in any manner to the manufacture, advertising, receiving, acquisition, importation, purchase, sale or offer for sale, or distribution of any merchandise bearing the Chanel Registered Trademarks;

And it is further ORDERED:

2.   That Defendants, their officers, agents, servants, employees and attorneys and all persons in active concert or participation with them are hereby enjoined, from transferring, discarding, destroying or otherwise disposing of the following in the possession, custody or control of the Defendants:

(a)   All merchandise bearing any copy or counterfeit of the Chanel Registered Trademarks or any markings substantially indistinguishable therefrom;

(b)   All labels, tags, logos, emblems, signs, and other forms of markings, all packaging, wrappers, pouches, containers, receptacles, and all advertisements, catalogs, price lists, guarantees, promotional materials and the like bearing any copy or counterfeit of the Chanel Registered Trademarks or any markings substantially indistinguishable therefrom, and all plates molds, dies, tooling, machinery, assembly equipment and other means of making the same; and

(c)   All books and records, whether in written, digital or electronic form, showing:

(i)   Defendants' manufacture, receipt and sale of merchandise bearing the Chanel Registered Trademarks;

11

(ii)     Defendants' manufacture, receipt and sale of any labels, tags, logos, decals, emblems, signs, and other forms of markings, any packaging, wrappers, pouches, containers and receptacles, and any catalogs, price lists, guarantees, promotional materials and the like bearing the aforesaid trademarks, either by reference to the Chanel Registered Trademarks or by style or code number or otherwise.

3.     This Preliminary Injunction Order is issued without the posting by Plaintiff of any additional bond.

4.     The seizure that took place pursuant to the Temporary Restraining Order dated May 10, 2022 is hereby confirmed.

5.     The parties may take immediate and expedited discovery without regard to the time limitations set forth in Rules 30, 33, 34 and 36 of the Federal Rules of Civil Procedure.

6.     The Temporary Restraining Order dated May 10, 2022, and all documents supporting such Order shall be unsealed, pursuant to 15 U.S.C. § 1116 (8), and the Clerk of the Court is instructed to return this file to the public portion of the Court records.

7.     The bond posted by the Plaintiff in compliance with the Court's Temporary Restraining Order dated May 10, 2022 is hereby released.

8.     Any and all goods, records, and materials seized by the law enforcement officials pursuant to the Court's Temporary Restraining Order dated May 10, 2022 and transferred to the custody of the authorized temporary custodians appointed by this Court - Plaintiff's counsel, Gibney, Anthony & Flaherty, LLP, 650 Fifth Avenue,

New York, New York 10019 (the "Substitute Custodian"), shall remain in the custody and control of the appointed Substitute Custodians pending further Order of this Court. However, Plaintiff shall be allowed to examine samples of the seized products for authenticity at its facilities in New York or Paris, France.

Dated: May 20, 2022                    SO ORDERED:

 

J. PAUL OETKEN
United States District Judge