JUDGE OETKEN

22 CV 03790

GIBNEY, ANTHONY & FLAHERTY, LLP
Brian W. Brokate, Esq. (BB 5830)
John Macaluso, Esq. (JM 2058)
650 Fifth Avenue
New York, New York 10019
(212) 688-5151

Attorneys for Plaintiff
CHANEL, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VARIOUS JOHN DOES; JANE DOES; and XYZ COMPANIES,<br><br>Defendants. | 22 Misc. 129<br><br>FILED UNDER SEAL<br><br>ORDER TO FILE<br>CIVIL CASE UNDER SEAL |

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby ORDERED this case may be filed under seal for a period of one (1) week, or until further order by the Court. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: May 9, 2022
New York, New York

SO ORDERED:

_____
The Hon. Paul G. Gardephe
United States District Judge, Part I